*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HACKEL, GROSS, and BLOSSER
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Nathanal J. EVANS**
Machinist's Mate Fireman (E-3), U.S. Navy
*Appellant*

**No. 202300191**

_____

Decided: 20 December 2023

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Michelle M. Pettit

Sentence adjudged 18 April 2023 by a general court-martial convened at Region Legal Service Office Northwest, Naval Base Kitsap Bremerton, Washington, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for twelve months, and a bad-conduct discharge.[1]

For Appellant:
*Lieutenant Commander Benjamin E. Doskocil, JAGC, USN*

---

[1] Appellant was credited with 104 days of pretrial confinement.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, and Appellant having not challenged the factual sufficiency of this case, we have determined that the findings are correct in law, the sentence is correct in law and fact, and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.